# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KATHERINE BROWN,

    Plaintiff,

v.                                  Case No. 3:19-cv-700-J-32PDB

GULFSTREAM PROPERTY AND
CASUALTY INSURANCE
COMPANY, a corporation,

    Defendant.

## **O R D E R**

Upon review of the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 32), filed on November 18, 2020, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of November, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:
Counsel of record